By the Court.
 

 The foregoing summary of facts is sufficient to demonstrate that relator seeks a writ of prohibition either to prevent an erroneous decision or as a substitute for an appeal.
 

 The writ of prohibition is not an appropriate remedy for the correction of errors and does not lie to prevent an erroneous decision in' a ease which the court is authorized to adjudicate.
 
 Kelley, Judge,
 
 v.
 
 State, ex rel. Gellner,
 
 94 Ohio St., 331, 114 N. E., 255;
 
 State, ex rel. Carmody,
 
 v.
 
 Justice, Judge,
 
 114 Ohio St., 94, 150 N. E., 430;
 
 State, ex rel. Norris,
 
 v.
 
 Hodapp, Judge,
 
 135 Ohio St., 26, 18 N. E. (2d), 984.
 

 The extraordinary writ of prohibition is a high prerogative writ which may not be invoked if the remedy of appeal is available.
 
 State, ex rel. Levy, v. Savord,
 
 143 Ohio St., 451, 55 N. E. (2d), 735; 32 Ohio Jurisprudence, 586, Section 24.
 

 For the foregoing reasons a writ of prohibition is denied.
 

 Writ denied.
 

 Wbygandt, C. J., Matthias, Hart, Zimmerman,, Stewart, Turner and Tabt, JJ., concur.